ISLAND AVIATION INC.

PO BOX 6403

FERNANDINA BEACH, FL 32035

(PH):904-261-3730 (FX)904-277-8852

# INVOICE

| Date | Work Order# |
|---|---|
| 10/14/2008 | 7175 |



| Bill To |
|---|
| Cecil Murray<br>Sebring Air Charter, Inc.<br>4510 NW 43rd Terrace<br>Tamarac, FL 33319 |

| SN# | Terms | Date Closed | N# | MAKE, MODEL, SN# | HOBBS / TACH |
|---|---|---|---|---|---|
| 421B0836 | Due on receipt | 11/21/2008 | 1935G | Cessna 421B | 1435.5 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 100 Disc | Pressurization | | | 0.00 |
| 100 A T | Removed old duct between check valve and sonic vendor and installed new duct. | 30.6 | 69.00 | 2,111.40T |
| CN3211-10B38.0 | duct | 1 | 49.59 | 49.59T |
| Freight | Incoming Freight | 1 | 15.80 | 15.80 |
| 101 Disc | L/H aux fuel tank indicator intermittent | | | 0.00 |
| 101 A T | Deferred by owner | 0 | 69.00 | 0.00T |
| 102 Disc | R/H main fuel tank only indicates 3/4 when full, aux says 20 when 40 | | | 0.00 |
| 102 A T | Cleaned connectors | 1.5 | 69.00 | 103.50T |
| 103 Disc | O2 bottle leaking - check gage | | | 0.00 |
| 103 A T | Trouble shot, found corroded line aft of pilot's bulkhead in the passenger O2 line. Removed line. Installed new line. Leak checked, no leaks noted. | 6.8 | 69.00 | 469.20T |
| 104 Disc | L/H manifold pressure drops at 14,000 | | | 0.00 |
| 104 A T | Removed exhaust for repair | 2.4 | 69.00 | 165.60T |
| 105 Disc | Rod end on L/H aileron has play | | | 0.00 |
| 105 A T | Deferred by owner | 0 | 69.00 | 0.00T |
| 106 Disc | R/H boost pump leaking fuel between pump and electric motor | | | 0.00 |
| 106 A T | Removed boost pump, sent out for repair. Reinstalled overhauled pump. | 5 | 69.00 | 345.00T |
| Shipping | Outbound shipping | 1 | 77.04 | 77.04 |

| | |
|---|---|
| | Total |
| This Aircraft, Airframe, Aircraft Engine, or Appliance Identified Herein was Repaired and Inspected in Accordance with Current Regulations of the Federal Aviation Administration and is Approved for Return to Service. | Payments/Credits |
| Signature: _____ Date: _____ | Balance Due |

**EXHIBIT 1**  Page 1

ISLAND AVIATION INC.

PO BOX 6403
FERNANDINA BEACH, FL 32035
(PH):904-261-3730 (FX)904-277-8852

# INVOICE

| Date | Work Order# |
|---|---|
| 10/14/2008 | 7175 |

**Bill To**

Cecil Murray
Sebring Air Charter, Inc.
4510 NW 43rd Terrace
Tamarac, FL 33319

| SN# | Terms | Date Closed | N# | MAKE MODEL.SN# | HOBBS / TACH |
|---|---|---|---|---|---|
| 421B0836 | Due on receipt | 11/21/2008 | 1935G | Cessna 421B | 1435.5 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Outside Work - M... | Bench test and overhaul Weldon fuel pump P/N 8150-B S/N 08408 | 1 | 434.84 | 434.84I |
| 8850-4 | motor assy for fuel pump | 1 | 178.20 | 178.20I |
| Freight | Incoming Freight | 1 | 74.52 | 74.52 |
| 107 Disc | FOD (birdnest) in rudder | | | 0.00 |
| 107 A/T | No action, possibly have to deskin rudder | 0 | 69.00 | 0.00T |
| 108 Disc | Nose retract boot leaks | | | 0.00 |
| 108 A/T | Removed and replaced boot | 5.3 | 69.00 | 365.70T |
| 9910011-1 | boot | 1 | 345.11 | 345.11T |
| 109 Disc | Lower beacon leaks | | | 0.00 |
| 109 A/T | Sealed from inside of airplane with proseal | 1 | 69.00 | 69.00I |
| 110 Disc | Control cable seals leak | | | 0.00 |
| 110 A/T | Removed interior and airconditioning system. Checked all seals. Removed old seals. Replaced seals and put aircraft back together. | 42.1 | 69.00 | 2,904.90I |
| S11L161C | spring | 36 | 6.29 | 226.44T |
| S11K3R | seal | 4 | 36.91 | 147.64I |
| S11L162C | spring | 10 | 7.55 | 75.50I |
| S11K4R | seal- Aft bulkhead | 6 | 45.90 | 275.40I |
| S11L74C | spring | 2 | 14.86 | 29.72I |
| S11K3A | seal- Aft bulkhead | 2 | 45.90 | 91.80I |
| S11L131C | spring | 4 | 6.12 | 24.48T |
| Freight | Incoming Freight | 1 | 41.85 | 41.85 |
| 111 Disc | Vent tube leaks at belly relief tube | | | 0.00 |

This Aircraft, Airframe, Aircraft Engine, or Appliance Identified Herein was Repaired and Inspected in Accordance with Current Regulations of the Federal Aviation Administration and is Approved for Return to Service.
Signature: _____ Date: _____

**Total**

**Payments/Credits**

**Balance Due**

ISLAND AVIATION INC.

PO BOX 6403
FERNANDINA BEACH, FL 32035
(PH):904-261-3730 (FX)904-277-8852

# INVOICE

| Date | Work Order# |
|---|---|
| 10-14-2008 | 7175 |



| Bill To |
|---|
| Cecil Murray<br>Sebring Air Charter, inc.<br>4510 NW 43rd Terrace<br>Tamarac, FL 33319 |

| SN# | Terms | Date Closed | N# | MAKE, MODEL, SN# | HOBBS / TACH |
|---|---|---|---|---|---|
| 421B0836 | Due on receipt | 11-21-2008 | 1935G | Cessna 421B | 1435.5 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 111 A.T | Found relief tube T connector missing plug. Removed T and hooked up directly | 0.5 | 69.00 | 34.50T |
| 112 Disc | R/H bulkhead seals leak | | | 0.00 |
| 112 A.T | Sealed from inside of aircraft | 3.2 | 69.00 | 220.80T |
| 113 Disc | Fuel leak L/H and R/H main tanks lower fairings | | | 0.00 |
| 113 A.T | No action | 0 | 69.00 | 0.00T |
| 114 Disc | Repair hole in radome | | | 0.00 |
| 114 A.T | Cut out 3 layers of burnt fiberglass on top and bottom. Patched and repaired hole, primed and painted | 14.3 | 69.00 | 986.70T |
| 115 Disc | R/H and L/H engine needs pressure test due to exhaust stains | | | 0.00 |
| 115 A.T | Found L/H exhaust leaking extremely. Removed exhaust and sent in for repair. Reinstalled repaired exhaust. | 6.5 | 69.00 | 448.50T |
| Shipping | Outbound shipping | 1 | 23.43 | 23.43 |
| Outside Work - M... | repair 421 stack assy | 1 | 518.67 | 518.67T |
| Outside Work - M... | repair 421 header | 1 | 344.25 | 344.25T |
| Freight | Incoming Freight | 1 | 72.10 | 72.10 |
| 116 Disc | Check expiration date on ELT battery | | | 0.00 |
| 116 A.T | Expires 02-2010 | 0.1 | 69.00 | 6.90T |
| 117 Disc | AD 2007-05-15 starter adapter 100 hr inspection | | | 0.00 |
| 117 A.T | C/W AD L/H engine #1 .04; #2 .04; #3 .04; #4 .04 R/H engine #1 .04; #2 .04; #3 .04; #4 .04 | 2.5 | 69.00 | 172.50T |
| 653-487 | gasket | 2 | 1.69 | 3.38T |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

This Aircraft, Airframe, Aircraft Engine, or Appliance Identified Herein was Repaired and Inspected in Accordance with Current Regulations of the Federal Aviation Administration and is Approved for Return to Service.
Signature: _____ Date: _____

# ISLAND AVIATION INC.

PO BOX 6403
FERNANDINA BEACH, FL 32035
(PH):904-261-3730 (FX)904-277-8852

# INVOICE

| Date | Work Order# |
|---|---|
| 10/14/2008 | 7175 |



| Bill To |
|---|
| Cecil Murray<br>Sebring Air Charter, Inc.<br>4510 NW 43rd Terrace<br>Tamarac, FL 33319 |

| SN# | Terms | Date Closed | N# | MAKE, MODEL, SN# | HOBBS / TACH |
|---|---|---|---|---|---|
| 421B0836 | Due on receipt | 11/21/2008 | 1935G | Cessna 421B | 1435.5 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 118 Disc<br>118 A/T | AD 72-14-08 R1 fuel lines<br>Flammable fluid carrying lines checked per AD. found 2 good and 1 leaking. See Discrepancy 138. | 3 | 69.00 | 0.00<br>207.00T |
| 119 Disc<br>119 A/T | AD 2000-01-16 para (b), (C), (e)<br>C/W AD. found several exhaust leaks. See discrepancy 115 | 6.9 | 69.00 | 0.00<br>476.10T |
| 2265-210-SH | clamp | 4 | 59.40 | 237.60T |
| 2176-300N | gasket | 1 | 27.00 | 27.00T |
| 2274-30 | clamp | 1 | 186.30 | 186.30T |
| 24096-200N | gasket | 1 | 30.21 | 30.21T |
| 2271-200 | clamp | 1 | 62.10 | 62.10T |
| Freight | Incoming Freight | 1 | 23.49 | 23.49 |
| 120 Disc<br>120 A/T | AD 87-21-02 R1 fuel filler openings<br>PCW | 0 | 69.00 | 0.00<br>0.00T |
| 121 Disc<br>121 A/T<br>CM3589-50 | AD 2005-20-25 avionics bus circuit breaker switch<br>C/W AD. installed CM3589-50<br>circuit breaker | 4.8<br>1 | 69.00<br>122.78 | 0.00<br>331.20T<br>122.78T |
| 122 Disc<br>122 A/T | AD 95-24-05 R1 inspection of prop hub fo. cracks para (d), (f)<br>C/W AD. no defects noted | 1.1 | 69.00 | 0.00<br>75.90T |
| 123 Disc<br>123 A/T | AD 81-09-09 Stewart Warner combustion heater para (a)<br>C/W AD. no defects noted | 4.3 | 69.00 | 0.00<br>296.70T |

This Aircraft, Airframe, Aircraft Engine, or Appliance Identified Herein was Repaired and Inspected in Accordance with Current Regulations of the Federal Aviation Administration and is Approved for Return to Service.
Signature: _____ Date:_____

| Total | |
|---|---|
| Payments/Credits | |
| Balance Due | |

ISLAND AVIATION INC.

PO BOX 6403
FERNANDINA BEACH, FL 32035
(PH):904-261-3730  (FX)904-277-8852

# INVOICE

| Date | Work Order# |
|---|---|
| 10/14/2008 | 7175 |



| Bill To |
|---|
| Cecil Murray<br>Sebring Air Charter, Inc.<br>4510 NW 43rd Terrace<br>Tamarac, FL 33319 |

| SN# | Terms | Date Closed | N# | MAKE, MODEL, SN# | HOBBS / TACH |
|---|---|---|---|---|---|
| 421B0836 | Due on receipt | 11/21/2008 | 1935G | Cessna 421B | 1435.5 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 124 Disc | Tags gone both clamps engines risers to WG. Also seals missing | | | 0.00 |
| 124 A/T | Installed new clamp and seal | 3.3 | 69.00 | 227.70T |
| 125 Disc | Life limited multi segmented clamps | | | 0.00 |
| 125 A/T | Installed new life limited clamps | 1.6 | 69.00 | 110.40T |
| 126 Disc | Tag missing from R H tailpipe | | | 0.00 |
| 126 A/T | Installed new clamp | 3.1 | 69.00 | 213.90T |
| 127 Disc | Fuel leak at L H fuel control | | | 0.00 |
| 127 A/T | Removed L H fuel control. Disassembled, cleaned, reassembled and reinstalled. | 6.5 | 69.00 | 448.50T |
| 538600-1 | seal washer | 4 | 3.59 | 14.36T |
| MS-5265-44 | screw | 2 | 2.25 | 4.50T |
| 2500 | pin | 4 | 0.38 | 1.52T |
| 625327-2 | wave washer | 4 | 0.92 | 3.68T |
| 501867 | lock | 6 | 1.38 | 8.28T |
| 537690 | washer | 4 | 2.63 | 10.52T |
| Freight | Incoming Freight | 1 | 7.83 | 7.83 |
| 128 Disc | L H prop rod end severely corroded | | | 0.00 |
| 128 A/T | Replaced rod end. | 0.6 | 69.00 | 41.40T |
| S3059-3 | bearing | 1 | 40.43 | 40.43T |
| 129 Disc | L H fuel control rod ends no large area washers | | | 0.00 |
| 129 A/T | Installed large area washers at engine control rod ends, coincidental to fuel control reinstall | 0.4 | 69.00 | 27.60T |

| | |
|---|---|
| Total | |
| Payments/Credits | |
| Balance Due | |

This Aircraft, Airframe, Aircraft Engine, or Appliance Identified Herein was Repaired and Inspected in Accordance with Current Regulations of the Federal Aviation Administration and is Approved for Return to Service.
Signature: _____ Date: _____

ISLAND AVIATION INC.

PO BOX 6403
FERNANDINA BEACH FL 32035
(PH):904-261-3730 (FX)904-277-8852

# INVOICE

| Date | Work Order# |
|---|---|
| 10/14/2008 | 2175 |



| Bill To |
|---|
| Cecil Murray |
| Sebring Air Charter, Inc. |
| 4510 NW 43rd Terrace |
| Tamarac, FL 33319 |

| SN# | Terms | Date Closed | N# | MAKE, MODEL, SN# | | HOBBS / TACH |
|---|---|---|---|---|---|---|
| 421B0836 | Due on receipt | 11/21/2008 | 1935G | Cessna 421B | | 1435.5 |
| Item | Description | | Qty | Rate | Amount |
| 130 Disc | R H engine wastegate has crack and metal fatigue | | | | 0.00 |
| 130 A/T | Removed wastegate for repair. Installed O/H wastegate. Reattached all fluid lines. Installed clamp and seal. | | 6 | 69.00 | 414.00T |
| Outside Work - M... | overhaul wastegate | | 1 | 334.35 | 334.35T |
| 400298-0206 | bolt | | 3 | 11.03 | 33.09T |
| 477312-000 | spring | | 1 | 20.25 | 20.25T |
| 625492 | o-ring | | 4 | 3.02 | 12.08T |
| 630979-20 | o-ring | | 4 | 1.13 | 4.52T |
| 131 Disc | Prop heats removed | | | | 0.00 |
| 131 A/T | Informed customer | | 0 | 69.00 | 0.00T |
| 132 Disc | L H OB side of cowl corroded off | | | | 0.00 |
| 132 A/T | Fabricated and installed new cowl piece using original as pattern | | 6.6 | 69.00 | 455.40T |
| 244-16 | nut plate | | 1 | 2.63 | 2.63T |
| 133 Disc | Door warning circuit breaker broken | | | | 0.00 |
| 133 A/T | Advised owner | | 0 | 69.00 | 0.00T |
| 134 Disc | O2 bottle needs hydrostatic test | | | | 0.00 |
| 134 A/T | Removed bottle and sent out for test. Serviced and reinstalled O2 bottle | | 1.7 | 69.00 | 117.30T |
| Shipping | Outbound shipping | | 1 | 10.45 | 10.45 |
| Outside Work - M... | Hydrostatic test, paint bottle and certify Scott Cessna O2 cylinder P/N C166001-0813 S/N 35747R | | 1 | 135.00 | 135.00T |
| 135 Disc | Fuel leak at R H fuel control | | | | 0.00T |

| Total | |
|---|---|
| Payments/Credits | |
| **Balance Due** | |

This Aircraft, Airframe, Aircraft Engine, or Appliance Identified Herein was Repaired and Inspected in Accordance with Current Regulations of the Federal Aviation Administration and is Approved for Return to Service.
Signature:_____ Date:_____

# ISLAND AVIATION INC.

PO BOX 6403
FERNANDINA BEACH, FL 32035
(PH):904-261-3730 (FX)904-277-8852

# INVOICE

| Date | Work Order# |
|---|---|
| 10/14/2008 | 7175 |



**Bill To**

Cecil Murray
Sebring Air Charter, Inc.
4510 NW 43rd Terrace
Tamarac, FL 33319

| SN# | Terms | Date Closed | N# | MAKE, MODEL, SN# | HOBBS / TACH |
|---|---|---|---|---|---|
| 421B0836 | Due on receipt | 11/21/2008 | 1935G | Cessna 421B | 1435.5 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 135 A/T | Removed R/H fuel control. Disassembled, cleaned, reassembled and reinstalled. | 6.7 | 69.00 | 462.30T |
| 136 Disc | R/H oil return line turbocharger firesleeve deteriorated | | | 0.00T |
| 136 A/T | Removed oil line, removed old firesleeve. Installed new firesleeve and ban clamp. Reinstalled line. | 1 | 69.00 | 69.00T |
| AS1072-8 | fire sleeve | 1.2 | 6.71 | 8.05T |
| 137 Disc | R/H fuel selector leaks internally and externally | | | 0.00T |
| 137 A/T | Removed fuel selector and installed O/H selector. | 7.5 | 69.00 | 517.50T |
| 2680234M1-13 | fuel selector S/N 6011 | 1 | 1,046.25 | 1,046.25T |
| Core Charge | core charge on fuel selector | 1 | 450.00 | 450.00T |
| Freight | Incoming Freight | 1 | 31.13 | 31.13 |
| 138 Disc | R/H fuel line fuel control to fuel pressure switch leaks | | 0.00 | 0.00T |
| 138 A/T | Replaced line | 0 | 69.00 | 0.00T |
| AE7010200E0097 | hose assy | 1 | 162.90 | 162.90T |
| 139 Disc | Battery box needs to be cleaned due to corrosion | | 0.00 | 0.00T |
| 139 A/T | Cleaned battery box and treated bay with corrosion preventative | 5.9 | 69.00 | 407.10T |
| 140 Disc | Belly of aircraft has heavy trash | | 0.00 | 0.00T |
| 140 A/T | Vacuumed bottom of all cabin underneath floor panels | 0.5 | 69.00 | 34.50T |
| Misc. | shop fee | 1 | 100.00 | 100.00T |
| AD Research | Researched all AD's through 11/14/2008. Applicable AD's listed separately. | 3.2 | 69.00 | 220.80 |
| | Sales Tax | | 7.00% | 1,339.88 |

| | |
|---|---|
| **Total** | $21,079.44 |
| **Payments/Credits** | $-2,000.00 |
| **Balance Due** | $19,079.44 |

This Aircraft, Airframe, Aircraft Engine, or Appliance Identified Herein was Repaired and Inspected in Accordance with Current Regulations of the Federal Aviation Administration and is Approved for Return to Service.
Signature: _____ Date: _____